IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ROBERT K. CHAMBERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 315-067 |
| ) | |
| SHERIFF PEACOCK, and JOHN DOE, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On August 4, 2015, the Court granted Plaintiff, an inmate at the Georgia State Prison in Reidsville, Georgia, permission to proceed *in forma pauperis* conditioned on his return of a Prisoner Trust Fund Account Statement and a Consent to Collection of Fees form. (See doc. no. 10.) Plaintiff has now returned only one of the required documents, the Prisoner Trust Fund Account Statement. (Doc. nos. 11, 12.)

In relevant part, the Court's August 4th Order stated:

(2) Plaintiff must sign and date the enclosed **Consent to Collection of Fees from Trust Account**. By signing this form, Plaintiff gives his consent to the collection of the entire filing fee from his prison account in installments, in accordance with the provisions of the Prison Litigation Reform Act.

(3) Plaintiff must return both the **Prisoner Trust Fund Account Statement** and the **Consent to Collection of Fees from Trust Account** to the Clerk within thirty days of this Order.

(Doc. no. 3, p. 4.) Plaintiff shall have until October 19, 2015, to sign and submit the required Consent to Collection of Fees form. The **CLERK** is **DIRECTED** to enclose a copy of the

Consent to Collection of Fees form with Plaintiff's service copy of this Order.

SO ORDERED this 2nd day of October, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA