ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 MAR 15 PM 2: 26

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ROBERT K. CHAMBERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-067 |
| | ) | |
| SHERIFF PEACOCK, and JOHN DOE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Plaintiff's motion for a preliminary injunction, (doc. no. 5), **DENIES** Plaintiff's motion for equitable tolling, (doc. no. 6), **DISMISSES** Plaintiff's complaint for failure to state a claim, and **CLOSES** this civil action.

SO ORDERED this 15th day of March, 2016, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE