AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROBERT K. CHAMBERS,

    Plaintiff,

                      JUDGMENT IN A CIVIL CASE

        V.                      CASE NUMBER: CV315-067

SHERIFF PEACOCK, and JOHN DOE,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on March 15, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Complaint is DISMISSED and this case is CLOSED.

March 15, 2016                      Scott L. Poff
*Date*                                        *Clerk*

                                                       *(By) Deputy Clerk*

GAS Rev 10/1/03